David M. Halbreich (SBN 138926)
dhalbreich@reedsmith.com
Douglas C. Rawles (SBN 154791)
drawles@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Plaintiff Katherine L. Malkin*
(attorney listing continued on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. MALKIN,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana Corporation,<br><br>Defendant. | Case No. 2:21-cv-00172-CAS-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF KEARSON STRONG**<br><br>[Filed concurrently with Daubert Motion re: Kearson Strong; and Omnibus Declaration of Christopher T. Kuleba]<br><br>Date: October 16, 2023<br>Time: 11:00 A.M.<br>Judge Christina A. Snyder<br>Courtroom 8D<br><br>Complaint Filed:  December 14, 2020<br>Trial Date:         November 7, 2023 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND TESTIMONY OF KEARSON STRONG

Attorney listing continued:

Christopher T. Kuleba (Admitted Pro Hac Vice)
ckuleba@reedsmith.com
R. Hugh Lumpkin (Admitted Pro Hac Vice)
hlumpkin@reedsmith.com
Matthew B. Weaver (Admitted Pro Hac Vice)
mweaver@reedsmith.com
Jessica Gopiao (SBN 334370)
jgopiao@reedsmith.com
REED SMITH LLP
200 S. Biscayne, Blvd, Suite 2600
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299

Ashley B. Jordan (SBN 313529)
ajordan@reedsmith.com
REED SMITH LLP
650 Town Center Drive, Suite 1600
Costa Mesa, CA 92626
Telephone: (714) 516 8700
Facsimile: (714) 516 8699

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND TESTIMONY OF KEARSON STRONG

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered Plaintiff Katherine L. Malkin's ("Plaintiff's") Motion To Exclude Portions of The Reports And Testimony Of Kearson Strong, the materials submitted in support thereof and the arguments of counsel, hereby rules as follows:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

Defendant FEDERAL INSURANCE COMPANY and its witnesses, experts, and attorneys are prohibited from introducing or attempting to introduce all inadmissible opinions in Kearson Strong's reports, and any related evidence, argument, demonstratives, or testimony.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Christina A. Snyder