LEAH GODESKY (S.B. #336854)
lgodesky@omm.com
MADHU POCHA (S.B. #260997)
mpocha@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendant Federal Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. MALKIN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana Corporation,<br><br>    Defendant. | **CASE NO. 2:21-CV-00172-CAS-PD**<br><br>**DECLARATION OF KEARSON STRONG IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND TESTIMONY OF KEARSON STRONG**<br><br>**Accompanying Documents:**<br>Defendant's Opposition to Motion to Exclude Portions of the Reports and Testimony of Kearson Strong<br><br>Judge Christina A. Snyder<br>Courtroom 8D<br><br>Complaint Filed: December 14, 2020<br>Trial Date: November 7, 2023 |

I, Kearson Strong, the undersigned, hereby declare:

1. I submit this declaration in support of Defendant's Opposition to Motion to Exclude Portions of the Reports and Testimony of Kearson Strong. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. I am the President and CEO of Strong Consulting.

3. I was engaged by counsel for Defendant Federal Insurance Company ("Federal") to form opinions regarding insurance industry custom and practice, including the claims handling process, in this case.

4. I have been involved in personal and commercial property lines insurance claims for over 34 years, both as a forensic engineer as well as an insurance adjuster and manager within insurance companies.

5. The majority of my career involved investigating claims in California, including catastrophic events such as wildfires, earthquakes, mudslides, flooding, tornadoes, wind, rain, and hail.

6. In connection with my job duties as a claims adjuster and manager for more than 28 years, I have reviewed at least 100 pre-loss appraisal risk inspection reports and conducted more than 50 pre-loss risk inspections myself.

7. For example, when I was a Homeowner Large Loss Claims Manager at CSAA Insurance Group from 2017 to 2021, I, along with the claims adjusters I managed, reviewed available pre-loss appraisal risk inspection reports for more than 100 claims arising from the 2018 Camp Wildfire in California. The reports were important to the claims adjustment process as these were primarily total losses with no physical evidence of the details or finishes of the properties, with the exception of a remaining foundation. These risk inspection reports provided the necessary details to assist, not only the policyholder, but also the claims handler in their preparation of a replacement cost value estimate for the claimed damages. It

is not uncommon for an insured, during a traumatic event such as a total loss of all of their property and belongings to forget the minute details of a home and all of the personal property within that home. Risk inspection reports provide incredibly valuable information to assist in promptly and thoroughly investigating a property damage claim.

8. In addition, as an insurance adjuster at Malmgren Group and Malmgren & Strong from 1995 to 2013, I personally conducted more than 50 pre-loss appraisal risk inspection reports on behalf of multiple insurance companies, including Deans & Homer Insurance and Hiscox, a Lloyd's of London syndicate.

9. These insurance companies engaged me as an independent adjuster to visit the property, memorialize features and finishes in the property, and assist in determining the cost for the replacement of the property, which assisted the insurance company with valuing the limits in a policy. My job was to visually observe the property and document the footprint, layout of the individual rooms as applicable, along with its general condition. I was never asked to complete, nor did I ever provide, an evaluation of the structural integrity of the property.

10. I have also worked closely with underwriting departments in insurance companies to advise on the rebuild and replacement cost values based on photographs taken during pre-loss appraisal risk inspections. As a claims adjuster and manager, I interacted with underwriters on a regular basis to discuss these issues relating to rebuild and replacement cost, as well as related issues of limits of liability and damages to a home.

11. The general purpose of a pre-loss appraisal risk inspection report is to memorialize the features, finishes, and condition of a home on a specific date in order to advise on the replacement cost of the features that are present in the home and identify ways to reduce risk, if necessary.

3

DECLARATION OF KEARSON STRONG
CASE NO. 2:21-CV-00172-CAS-PD

12. Pre-loss appraisal risk inspection reports are also used in the claims handling process. For example, in the event of a total loss, it is a normal practice for a claims adjuster to reference these reports to determine what features and amenities were included in the original structure.

13. The purpose of a pre-loss appraisal risk inspection report is not to conduct a full evaluation of the structural integrity of a home.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31 day of August, 2023 in Altoona, Alabama.

*/s/ Kearson Strong*
Kearson Strong