JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. MALKIN, | CASE NO. 2:21-CV-00172-CAS-PDx |
| Plaintiff, | FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58 |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana Corporation, | Judge Christina A. Snyder<br>Courtroom 8D |
| Defendant. | Complaint Filed: December 14, 2020<br>Trial Date:    January 2, 2024 |

# FINAL JUDGMENT

This action came on regularly for trial by jury on January 2, 2024, in Courtroom 8-D of the Western Division of the United States District Court for the Central District of California, the Honorable Christina A. Snyder presiding. The trial was bifurcated into a breach of contract and bad faith phase. On January 2, 2024, a jury of 9 persons was regularly impaneled and examined and sworn. The jury returned its special verdict on breach of contract on January 17, 2024. The Court hereby directs that judgment be entered in accord with the special verdict:

**IT IS SO ORDERED** that judgment be entered in favor of Defendant Federal Insurance Company against Plaintiff Katherine L. Malkin on all claims and causes of action asserted in this matter.

The Clerk shall enter this Final Judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 58. As the prevailing parties, Defendants may file an Application to the Clerk to Tax Costs pursuant to Federal Rule of Civil Procedure 54 (d) and the Central District of California's Local Civil Rules.

Dated: April 18, 2024

_Christina A. Snyder_
Hon. Christina Snyder
United States District Court Judge
Central District of California